# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-2020

_____

United States of America

*Plaintiff - Appellee*

v.

Kendrick Dotstry

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: January 30, 2020
Filed: February 6, 2020
[Unpublished]

_____

Before LOKEN, ERICKSON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Kendrick Dotstry appeals the district court's[1] denial of his Fed. R. Civ. P. 60(b) motion. Upon careful review of the record, including the well-reasoned opinion of the

---

[1]The Honorable John R. Tunheim, Chief Judge, United States District Court for the District of Minnesota.

district court, we conclude there was no abuse of discretion in the denial of post-judgment relief. <u>See</u> <u>Noah v. Bond Cold Storage</u>, 408 F.3d 1043, 1045 (8th Cir. 2005) (court reviews denial of Rule 60(b) motion for abuse of discretion; Rule 60(b) authorizes relief in only most exceptional cases). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____